Ralph Schweibish and Another, Copartners, etc., Respondents, v. Brocar Realty Corporation and Columbia Casualty Company, Appellants.— Motion to dismiss appeal granted because of appellants' failure to show merit, as required by rule 12 of the Rules of the Appellate Division, Second Department.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Rebecca Segar, Respondent, v. Joe Strauchler and Sam Zimmerman, Appellants.— Motion for stay granted on condition that appellants perfect the appeal for Monday, February 7, 1927 (for which date the cause is set down) and argue it on that day; otherwise, motion denied, with ten dollars costs.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Essie Cohen Starr, Appellant, v. David Heiden, Respondent.— Motion to consolidate argument of appeals from judgment and order granted.   Separate points to be filed on each appeal.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Katherine Stolpe, Respondent, v. Stanley Sergeant, Appellant.— Motion to modify order of this court requiring appellant to file bond granted to the extent of modifying the order so as to provide that an undertaking, with corporate surety, be given to secure the payment of costs of trial and of appeal in the event of affirmance.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order on notice.

Thomas Terluk, Respondent, v. McClintic-Marshall Company and Bricken Construction and Improvement Corporation, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellants to apply to the Court of Appeals.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Thomas Watts, as Trustee, etc., Respondent, v. Elizabeth Loomis Stratton Cox, Individually and as Executor, etc., Defendants; Charles Sundstrom and Ogerita Merrill Girault, Appellants.— Motion to extend time to perfect appeal until February, 1927, term, granted.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.   Settle order on notice.

Ruben Wolf, Appellant, v. Silver, Inc., Respondent.— Motion to dismiss appeal granted for failure to show merit, in accordance with rule 12 of the Rules of the Appellate Division, Second Department.   Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

Sadie Edsall, Respondent, v. Seal Kap Company, Inc., Appellant.— Order denying motion to set aside service of summons and complaint affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

Woolsey Edsall, Respondent, v. Seal Kap Company, Inc., Appellant.— Order denying motion to set aside service of summons and complaint affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.